UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
In re                                                          Chapter 13

Matthew S. Iarrapino,                                          Case No. 16-11201 (JLG)

                Debtor.
------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK          )
                           ) ss:
COUNTY OF NEW YORK         )

        Lazana Forde, being sworn, deposes and says:

    1.    Deponent is not a party to this action, is over eighteen years of age, and is an employee of Manhattan Mini Storage, 520 Eight Avenue 19th Floor, New York 10018.

    2.    On May, 19th, 2016, I served a true and correct copy of the attached Consent Order attached as **Exhibit A**, true and correct copy of Notice of Presentment as **Exhibit B,** upon the parties on the annexed service list annexed as **Exhibit C** by depositing a true copy and correct copy thereof, enclosed in a first class postage paid, properly addressed envelope, bearing the return business address of the undersigned, in an official depository under the exclusive care and custody of the United States Postal Service within the City and State of New York.

                                                                            Lazana Forde

Sworn to before me this
19th day of May, 2016

_____
Notary Public, State of New York
No. 01OV6270580
Qualified in New York County
Commission Expires Oct. 22, 2016

NIVIA OVIEDO
Notary Public, State of New York
No. 01OV6270580
Qualified in Kings County
Commission Expires Oct. 22, 2016

130482488.1

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
In re                                                             Chapter 7

Matthew Iarrapino,                                        Case No. 16-11201 (JLG)

                    Debtor.
-----------------------------------------------------------x

### CONSENT ORDER LIFTING THE AUTOMATIC STAY AND ALLOWING MMS TO TAKE POSSESSION OF STORAGE UNIT AND SELL OR DISPOSE OF CONTENTS

Upon the consent of the parties hereto, whose signatures are affixed below, it is hereby:

ORDERED, that notice is adequate and complete and no further notice is required, including, but not limited to, notice that may otherwise have been required under Section 182 of the New York Lien Law and that all required notices have been provided and the Debtor consents to this Order; and it is further

ORDERED, that pursuant to 11 U.S.C. 362(d), the automatic stay is lifted with respect to the storage unit located at 420 East 62nd Street, New York, NY 10065, MMS Location Number 420-05-09-51, CBA Number 885138 (the "Unit"), and it is further

ORDERED, that fifteen (15) calendar days from the date this Consent Order is signed by the Court, MMS is entitled to reclaim possession of the Unit and dispose of the contents in any manner it deems appropriate in its sole and absolute discretion (including by sale, disposal or otherwise) without any further notice to anyone and shall have no liability whatsoever; and it is further

ORDERED, the Debtor waives any claims against MMS, whether under Section 182 of the New York Lien law or any other applicable law; and it is further

ORDERED, that the executory contract with the Debtor is terminated; and it is further

131026870.3

ORDERED, that prior to the fifteen (15) day period described above, the Debtor may remove any items he wishes from the Unit during regular business hours and the Debtor has abandoned his interests in any property that has not been removed from the Unit by said date; and it is further

ORDERED, that MMS is allowed to file a proof of claim as a general unsecured creditor only, however, neither MMS nor any third party is allowed to attempt to collect on debt owed to MMS or its affiliates from the Debtor outside of this Bankruptcy proceeding; and it is further

ORDERED, that any and all claims the Debtor and MMS have against each other related to the Unit are extinguished; and it is further

ORDERED, this Order is effective in any future bankruptcy filing and no further relief from the automatic stay is required in the event of a further filing; and it is further

ORDERED, that the parties agree not to do business again in the future and any Occupancy Agreement signed by the parties is void ab initio.

131026870.3

Dated: New York, New York  
      May 18, 2016

By: */s/ William W. Waldner*  
William W. Waldner  
The Law Office of William W. Waldner  
info@midtownbankruptcy.com  
469 Seventh Avenue  
7th Floor  
New York, NY 10018

Dated: New York, New York  
      May 18, 2016

By: */s/ Matthew Iarrapino*  
Matthew Iarrapino  
200 East 72nd Street, 26J  
New York, NY 10021

Dated: New York, New York  
      May 18, 2016

By: */s/ Jeffrey D. Vanacore*  
Jeffrey D. Vanacore  
Perkins Coie, LLP  
jvanacore@perkinscoie.com  
30 Rockefeller Plaza  
New York, NY 10112

_____  
UNITED STATES BANKRUPTCY JUDGE

-3-

131026870.3

# EXHIBIT B

Jeffrey D. Vanacore  
PERKINS COIE LLP  
30 Rockefeller Plaza  
New York, NY 10112  
212.262.6900  

*Attorneys for Manhattan Mini Storage LLC*

Presentment Date and Time  
May 27, 2016 at 12:00 Noon

UNITED STATES BANKRUPTCY COURT  
SOUTHERN DISTRICT OF NEW YORK  
------------------------------------------------------------x

In re

Matthew Iarrapino,

         Debtor.

------------------------------------------------------------x

Chapter 7  
Case No. 16-11201 (JLG)

### NOTICE OF PRESENTMENT OF CONSENT ORDER LIFTING THE STAY AND AUTOMATICALLY ALLOWING MMS TO TAKE POSSESSION OF STORAGE UNIT AND SELL OR DISPOSE OF CONTENTS AND OPPORTUNITY FOR HEARING

       PLEASE TAKE NOTICE that upon the annexed Consent Order of Manhattan Mini Storage LLC, the undersigned will present the attached proposed order to the Honorable James L. Garrity, United States Bankruptcy Judge, for signature on May 27, 2016 at 12:00 noon.

       PLEASE TAKE FURTHER NOTICE that unless a written objection to the proposed order, with proof of service, is filed with the Clerk of the Court and a courtesy copy is delivered to the Bankruptcy Judge's chambers at least three days before the date of presentment, there will not be a hearing and the order may be signed.

       PLEASE TAKE FURTHER NOTICE that if a written objection is timely filed, the Court will notify the moving and objecting parties of the date and time of the hearing and of the moving party's obligation to notify all other parties entitled to receive notice. The moving and objecting parties are required to attend the hearing, and failure to attend in person or by counsel may result in relief being granted or denied upon default.

Dated: New York, New York  
       May 18, 2016

**PERKINS COIE LLP**

*/s/ Jeffrey D. Vanacore*  
By: Jeffrey D. Vanacore, Esq.

*Attorneys for Manhattan Mini Storage LLC*  
30 Rockefeller Plaza  
22nd Floor  
New York, NY 10112  
212.262.6900

# EXHIBIT C

```
72ND STREET ASSOCIATES LLC
340 EAST 46TH STREET
NEW YORK, NY 10017


72ND STREET ASSOCIATES LLC
340 EAST 46TH STREET
NEW YORK, NY 10017


ACS/NELNET
501 BLEECKER ST
UTICA, NY 13501


ACS/NELNET
501 BLEECKER ST
UTICA, NY 13501


AT&T MOBILITY
POB 6463
CAROL STREAM, IL 60197


BARCLAYS BANK DELAWARE
PO BOX 8803
WILMINGTON, DE 19899


BK OF AMER
PO BOX 982238
EL PASO, TX 79998


BK OF AMER
PO BOX 982238
EL PASO, TX 79998


CAP ONE
26525 N RIVERWOODS BLVD
METTAWA, IL 60045


CHASE CARD
PO BOX 15298
WILMINGTON, DE 19850


CHASE CARD
PO BOX 15298
WILMINGTON, DE 19850
```

```
CITI
PO BOX 6241
SIOUX FALLS, SD 57117


CON EDISON
COOPER STATION
POB 138
NEW YORK, NY 10276


CONSOLIDATED EDISON
6390 MAIN STREET, S-160
BUFFALO, NY 14221


DISCOVER FIN SVCS LLC
PO BOX 15316
WILMINGTON, DE 19850


LALLY & CO, LLC
5700 CORPORATE DRIVE
SUITE 800
PITTSBURGH, PA 15237


MANHATTAN MINI STORAGE
520 8TH AVE, 19TH FLOOR
NEW YORK, NY 10018


PROSPER MARKETPLACE IN
101 2ND ST FL 15
SAN FRANCISCO, CA 94105


SOCIETY NATL/PHEAA
PO BOX 61047
HARRISBURG, PA 17106


SOFI LENDING CORP
1 LETTERMAN DR STE 4700
SAN FRANCISCO, CA 94129


SYNCB/BANANA REP
PO BOX 965005
ORLANDO, FL 32896
```